IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> BLACK OPAL LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:21-cv-04951 <br> ) <br> ) Hon. Charles P. Kocoras <br> ) <br> ) <br> ) <br> ) |

# BLACK OPAL LLC'S
# MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Black Opal LLC ("Black Opal") respectfully moves to dismiss Geographic Location Innovations LLC's Complaint (D.I. 1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim (the "Motion"). The Motion should be granted for all the reasons stated in the contemporaneously filed opening brief in support of the Motion.

WHEREFORE, Black Opal respectfully requests that the Court dismiss this case for failure to state a claim upon which relief can be granted because the asserted patent does not meet the eligibility requirements of 35 U.S.C. §101.

Respectfully submitted,

*/s/Arthur A. Gasey*
Dean D. Niro (dniro@vvnlaw.com)
Arthur A. Gasey (gasey@vvnlaw.com)
VITALE, VICKREY, NIRO, SOLON & GASEY LLP
311 S. Wacker Dr., Suite 2470
Chicago, IL 60606
(312) 236-0733
Fax: (312) 236-3137

*Attorneys for Black Opal LLC*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2022 the foregoing

**BLACK OPAL LLC'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Jay Johnson (jay@kjpllc.com)
Kizzia Johnson, PLLC
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165

April Senter (april@senterlegal.com)
Senter Legal Services, Ltd.
19624 Governors Hwy.
Flossmor, IL 60422
(708) 586-7505

*Attorneys for Geographic Location Innovations LLC*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

*/s/Arthur A. Gasey*
Attorneys for Black Opal LLC